September 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

KATHERINE MILLIKEN, Appellant

NO. 14-13-00710-CV                              V.

MICHAEL TUROFF, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Michael Turoff, signed May 13, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Katherine Milliken, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.